# Third District Court of Appeal

## State of Florida

Opinion filed August 24, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1685
Lower Tribunal No. 13-22665
_____

**Michael Lee Smathers, II,**
Appellant,

vs.

**Force Protection Security L.L.C., etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Greenspoon Marder LLP, and John H. Pelzer (Ft. Lauderdale), for appellant.

Boler Legal, PLLC, and Alexander R. Boler (Tallahassee), for appellee Agency for Health Care Administration.

Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.